IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CLINT HUNT
and
KYLE BUTLER                                                                                        PLAINTIFFS

V.                              CASE NO. 2:15-CV-00118 KGB/BD

CROSS COUNTY JAIL                                                                              DEFENDANT

## RECOMMENDED DISPOSITION

I.     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

II.    **Discussion**

Clint Hunt and Kyle Butler, pro se plaintiffs previously housed at the Cross County Detention Center, filed this lawsuit under 42 U.S.C. § 1983.  (Docket entry #2)  On July 24, 2015, the Court directed Mr. Hunt and Mr. Butler to submit complete *in forma pauperis* (IFP) applications <u>or</u> to pay the $400 statutory filing fee within thirty days to

proceed with this lawsuit. (#3)

Mr. Hunt and Mr. Butler are no longer incarcerated at the Cross County Detention Center, as evidenced by mail addressed to both that was returned to the Court as undeliverable. (#4, #5, #7, #9, #12, #13, #14, #15) Neither Mr. Hunt nor Mr. Butler has informed the Court of his new address as required under the Court's local rules.

The Court ordered Mr. Hunt and Mr. Butler to provide notice of their new addresses to the Court within thirty (30) days and specifically warned them that failing to comply with the Court's Order could result in dismissal of this action under Local Rule 5.5(c)(2). (#6, #11) To date, neither Mr. Hunt nor Mr. Butler has complied with the Order to notify the Court of a current address, and the time for doing so has passed.

### III. Conclusion

The Court recommends that this case be DISMISSED, without prejudice, based on the Plaintiffs' failure to prosecute their claims and comply with court orders.

DATED this 30th day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE