# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CLINT HUNT
and
KYLE BUTLER                                                                PLAINTIFFS

v.                    Case No. 2:15-cv-00118 KGB/BD

CROSS COUNTY JAIL                                                          DEFENDANT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere (Dkt. No. 16). The parties have not filed objections, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The Court dismisses without prejudice plaintiffs Clint Hunt and Kyle Butler's claims against defendant Cross County Jail.

It is so ordered, this 21st day of December, 2015.

_____
Kristine G. Baker
United States District Court Judge